UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   1:13-cv-22454-FAM

MICHAEL BRAVERMAN, individually,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,
a Florida corporation,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND
STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff MICHAEL BRAVERMAN and Defendant STELLAR RECOVERY, INC. hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

    WHEREFORE, the Plaintiff respectfully request that this case be dismissed with prejudice with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

    Respectfully submitted this 25th day of July, 2013.

                                    BRET L. LUSSKIN, Esq.
                                    *Attorney for Plaintiff*
                                    1001 N. Federal Hwy., Ste 106
                                    Hallandale Beach, Florida 33009
                                    Telephone: (954) 454-5841
                                    Facsimile: (954) 454-5844
                                    blusskin@lusskinlaw.com

                        By:  /s/ Bret L. Lusskin, Esq.
                             Bret L. Lusskin, Esq.
                             Florida Bar No. 28069

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        1001 N. Federal Hwy., Ste 106
        Hallandale Beach, Florida 33009
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069